## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULIE and THOMAS WATSON** | : | **CIVIL ACTION #08-343** |
| **Individually and on behalf of their** | : | |
| **Minor child MARGARET WATSON** | : | |
| | : | **JUDGE NOLAND** |
| **VERSUS** | : | |
| | : | |
| **CENTOCOR, INC.** | : | **MAG JUDGE TYSON** |

---

### STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41 (a) IT IS HEREBY STIPULATED by undersigned counsel that plaintiffs, Julie and Thomas Watson, individually and on behalf of their minor child, Margaret Watson, in the above captioned matter, no longer seek to prosecute their claims against Centocor, Inc. in the United States District Court, Middle District of Louisiana as plaintiffs seek to prosecute their claims in the United States District Court, Eastern District of Louisiana, which is the proper venue. Therefore plaintiffs respectfully move this Court to enter an order dismissing their action without prejudice, with all parties bearing their own costs.

Respectfully Submitted By:


*/s Kenneth W. DeJean*
Kenneth W. DeJean (La. Bar No. 4817)
417 West University Avenue
Post Office Box 4325
Lafayette, LA 70502
Telephone: (337) 235-5294
Facsimile: (337) 235-1095
**COUNSEL FOR PLAINTIFFS**

*/s Monique M. Garsaud*
**JAMES B. IRWIN, T.A.** (La. Bar No. 7172)
Monique M. Garsaud (La. Bar No. 25393)
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504/310-2100
Fax: 504/310-2101
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008 a copy of the foregoing STIPULATION AND ORDER OF DISMISSAL was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to plaintiffs' counsel, Kenneth W. DeJean , by operation of the court's electronic filing system.

*/s Monique M. Garsaud*